UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA K. McMILLAN, | CIVIL ACTION |
| | 15-cv-02668 |
| Plaintiff | |
| versus | SECTION N |
| PICCOLO, LLC; MARC SARTELE; BENSON, PICKETT, LAURICELLA & ROME LLC d/b/a MRH & ASSOCIATES; MIKE ROME; and ABC INSURANCE COMPANY, | |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the motion to dismiss this case with prejudice filed by the plaintiff,

IT IS ORDERED that this case is dismissed, with prejudice.

New Orleans, Louisiana, this __16th__ day of __March__, 2016.

_[signature]_